IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Robin M. Wilke, *et al.*, | : | |
| Plaintiffs | : | Civil Action 2:11-cv-0848 |
| v. | : | Judge Sargus |
| City of Reynoldsburg, Ohio, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## Amended Scheduling Order

The parties' November 20, 2012, joint motion to extend the November 30 deadline for case-dispositive motion to and including January 16, 2013 (doc. 161) is GRANTED. The parties have agreed to mediate on December 6. To reduce expenses and to avoid any impediment to a successful mediation, they requested that the case-dispositive motion deadline be extend from November 30 to January 16. They have also agreed to defer several depositions until after the mediation.

s/Mark R. Abel
United States Magistrate Judge
